UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAMON WARREN,

                Petitioner,

-against-

ROBERT ERCOLE, Superintendent,
Green Haven Correctional Facility,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
07-CV-3175 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 30 2007 ★

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on November 27, 2007, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
        November 28, 2007

                                                   s/Robert C. Heinemann
                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court